1  PAUL L. REIN, Esq., (SBN 43053)
   JULIE A. OSTIL, Esq., (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:   510/832-4787

5  Attorneys for Plaintiff
   ANDI MILLARD
6

7  CRIS C. VAUGHAN, Esq. (SBN 99568)
   Vaughan & Associates
8  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
9  Telephone: 916/660-9401
   Facsimile: 916/660-9378
10
   Attorney for Defendants
11 MERCHANT VALLEY CORPORATION
   dba BEST WESTERN BIG COUNTRY INN;
12 MAHMOOD AND AMINA MERCHANT
   AS TRUSTEES FOR THE MERCHANT FAMILY TRUST
13

14              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
15

16 ANDI MILLARD,                    CASE NO. 1:07-CV-01647 OWW-GSA
                                    Civil Rights
17       Plaintiff,

18 v.
                                    **STIPULATION AND ORDER**
19 BIG COUNTRY INN; MERCHANT        **CONTINUING PLAINTIFF'S TIME**
   VALLEY CORPORATION dba           **FOR FILING MOTION FOR**
20 BEST WESTERN BIG COUNTRY         **ATTORNEY FEES, LITIGATION**
   INN; MAHMOOD AND AMINA           **EXPENSES AND COSTS**
21 MERCHANT AS TRUSTEES FOR
   THE MERCHANT FAMILY
22 TRUST; and DOES 1-10, Inclusive,

23       Defendants.
                                  /
24

25       Defendants Big Country Inn; Merchant Valley Corporation dba Best

26 Western Big Country Inn, Mahmood and Amina Merchant as Trustees for the

27 Merchant Family Trust, and plaintiff Andi Millard, by and through their

28 respective counsel, hereby jointly stipulate and request the Court grant a 35 day

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S TIME FOR FILING ATTORNEY FEES MOTION
CASE NO. 2:07-CV-01647 OWW-GSA            -1-            K:\OWW\Stipulations\07cv1647.stip.cont.wpd

1   extension from the current agreed date of November 10, 2008 for plaintiff to

2   bring any necessary motion for statutory attorney fees, litigation expenses and

3   costs.  This request is based on the following good cause:

4            1.       This is a disability access case regarding an approximately 35

5   guestroom hotel, the Best Western Big Country Inn.  Plaintiff filed her action

6   November 14, 2007, seeking renovations of defendants' facilities to make them

7   accessible for use by physically disabled persons, as well as for damages, attorney

8   fees, litigation expenses and costs.

9            2.       The parties have worked diligently and cooperatively

10  throughout the case, including two settlement conferences under the direction of

11  Magistrate Judge Gary S. Austin, settling all other major aspects of this case, and

12  have filed with the Court, (1) a consent decree settling all issues of injunctive

13  relief and providing a detailed timetable for provision of improved access for

14  disabled persons at this public accommodation, and (2) a settlement agreement,

15  settling plaintiff's statutory damages at $15,000, including a timetable for

16  payment, which payment has now been made.  Remaining now is the sole issue of

17  the amount of plaintiff's attorney fees, litigation expenses and costs pursuant to

18  state and federal statutes.

19           3.       Pursuant to the settlement agreement the parties were to work

20  cooperatively to settle these remaining issues and, if the parties were unable to

21  reach a complete settlement, plaintiff was to file a motion to the Court for

22  statutory attorney fees, litigation expenses and costs within 60 days of the

23  September 10, 2008 filing of the settlement agreement, i.e., by November 10,

24  2008.  Per page 6 of the agreement, "Per the settlement agreement put on the

25  record in court, plaintiff's attorney shall have 60 days from execution of this

26  agreement to either settle the attorney fees, litigation expense and cost issues, or

27  file a motion in this regard before Judge Oliver Wanger."

28           4.       Although the parties have exchanged information regarding

LAW OFFICES OF
**PAUL L. REIN**
**200** LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S TIME FOR FILING ATTORNEY FEES MOTION
CASE NO. 2:07-CV-01647 OWW-GSA                                           -2-                                           K:\OWW\Stipulations\07cv1647.stip.cont.wpd

1   the attorney fees issues, they have been unable to reach agreement, to date, and

2   require additional time to continue their settlement efforts.  Plaintiff has provided

3   defense counsel with copies of plaintiff's attorneys' time sheets and information

4   regarding plaintiff's litigation expenses and costs.   Defendants have recently

5   advised that they were been unable to respond due to a significant medical

6   condition affecting defense counsel and delaying his meeting with his clients.

7           5.     The parties have agreed, subject to approval of the Court, to

8   extend the date for plaintiff's filing of a motion to the Court for statutory attorney

9   fees, litigation expenses and costs.  The parties hereby request that plaintiff's

10   attorney shall have 35 days from the previous November 10, 2008 deadline (in

11   that plaintiff's counsel will be out of state from November 28th through December

12   8, 2008) to file such motion if the parties are unable to reach a settlement of these

13   issues prior to that date.  Accordingly, the motion, if necessary, will be filed on or

14   before December 15, 2008.

15           6.     There are no dates currently pending on the calendar for this

16   case, and this extension will not affect any trial date or other deadline in this case.

17   **SO STIPULATED.**

18   Dated: November __, 2008          LAW OFFICES OF PAUL L. REIN

19

20                                     By PAUL L. REIN
                                       Attorneys for Plaintiff
21                                     ANDI MILLARD

22

23   Dated: November __, 2008          VAUGHAN & ASSOCIATES

24

25                                     By CRIS C. VAUGHAN
                                       Attorneys for Defendants
26                                     MERCHANT VALLEY CORPORATION
                                       dba BEST WESTERN BIG COUNTRY
27                                     INN; MAHMOOD AND AMINA
                                       MERCHANT AS TRUSTEES FOR THE
28                                     MERCHANT FAMILY TRUST

LAW OFFICES OF
**PAUL L. REIN**
**200** LAKESIDE DR., SUITE A
OAKLAND, CA **94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S TIME FOR FILING ATTORNEY FEES MOTION
CASE NO. 2:07-CV-01647 OWW-GSA          -3-          K:\OWW\Stipulations\07cv1647.stip.cont.wpd

1                                    <u>ORDER</u>

2              Pursuant to stipulation by the parties, and for good cause shown, the

3    date for plaintiff to file a motion for attorney fees, litigation expenses and costs is

4    continued from November 10, 2008 to December 15, 2008.

5    IT IS SO ORDERED.

6    **Dated:    November 5, 2008**                    **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S TIME FOR FILING ATTORNEY FEES MOTION
CASE NO. 2:07-CV-01647 OWW-GSA                 -4-                    K:\OWW\Stipulations\07cv1647.stip.cont.wpd