UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | 1:07-CV-01647 OWW GSA |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| BIG COUNTRY INN; MERCHANT VALLEY CORPORATION dba BEST WESTERN BIG COUNTRY INN; MAHMOOD AND AMINA MERCHANT AS TRUSTEES FOR THE MERCHANT FAMILY TRUST, | |
| Defendant. | |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

IT IS SO ORDERED.

**Dated:   July 8, 2009**             /s/ Oliver W. Wanger
                    UNITED STATES DISTRICT JUDGE

1